UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAYLOR MINI-MART, INC.,

    Plaintiff,                                Case No. 14-cv-13766

v.                                             HONORABLE STEPHEN J. MURPHY, III

ACE AMERICAN INSURANCE CO.,

    Defendant.

                                                 /

## **ORDER ADMINISTRATIVELY CLOSING CASE**

      The parties notified the Court that they have settled the case. Accordingly, the Court will cancel all pending deadlines and **ADMINISTRATIVELY CLOSE** the case while the parties complete the settlement agreement. The closure is for statistical and administrative purposes only, and is not to be considered an adjudication on the merits. Either party may reinstate the case at any time. The parties should file a stipulated order dismissing the case with prejudice as soon as practicable.

      **SO ORDERED**.

                                                  s/Stephen J. Murphy, III
                                                STEPHEN J. MURPHY, III
                                                United States District Judge

Dated: November 30, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 30, 2015, by electronic and/or ordinary mail.

                                                s/Carol Cohron
                                                Case Manager